PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Marcus Butler * 2353422
Plaintiff's Name and ID Number

French M. Robertson Unit
Place of Confinement

CASE NO. 1:23-cv-179
(Clerk will assign the number)

v.

Tasha Barnett (John Middleton Unit)
Defendant's Name and Address

Rachel M. Anderson (John Middleton Unit)
Defendant's Name and Address

Bryan L. Williams (TDCJ Warden)
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? √ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: August 4th, 2023

        2. Parties to previous lawsuit:

           Plaintiff(s) Marcus Quin Butler #2353422

           Defendant(s) State of Texas; et al

        3. Court: (If federal, name the district; if state, name the county.) 5th Circuit Appeals Court

        4. Cause number: Not Yet Assigned

        5. Name of judge to whom case was assigned: Still Pending

        6. Disposition: (Was the case dismissed, appealed, still pending?) Still Pending

        7. Approximate date of disposition: Still Pending

II. PLACE OF PRESENT CONFINEMENT: French M. Robertson Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Marcus Quin Butler *2353432
French M. Robertson Unit - 12071 FM 3522 - Abilene, Tx. 79601

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Tasha Barnett (Property Officer) John Middleton Unit
13055 FM 3522 - Abilene, Tx. 79601
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violated Plaintiff rights & TDCJ rights, policies, and procedures handling inmates property

Defendant #2: Rachel M. Anderson (Property Officer) John Middleton Unit
13055 FM 3522 - Abilene, Tx. 79601
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied Plaintiff a review of his property record to show what was done with his property

Defendant #3: Bryan L. Williams (Head Warden) John Middleton Unit
13055 FM 3522 - Abilene, Tx. 79601
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied investigation in Plaintiff complaint and not enforce TDCJ Ethics Rules to Employee's

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

When I came to TDCJ (John Middleton Unit) from Lamb County Jail on July 13, 2021, a TDCJ officer was inventorying all my "Intake Property". I was then told that my Red Apple MP3 player w/clear earbuds and other papers, have to be sent home and it costs 40 stamps to do so. Then she took the property and put it to the side for Property Officer Barnette and gave me a pink Inventory copy of everything, So when I gave Property Officer Barnette the 40 stamps w/ my home address I thought everything would be taken care of. But when some months goes by and I talk with my family (thru letters) they never received my property, By then Property Officer Barnette no longer work for TDCJ and a new Property Officer (Anderson) took over her (Barnette) spot. So I wrote

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to have the Defendants give me my MP3 Player (w/clear earbuds) & 40 stamps back so I can send it home, or to be reimburse thru TDCJ policy (Tex. Gov't Code § 501.007

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Marcus Quin Butler

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

*SID* 05759411   TDCJ* 2353422/00915301/01195827/01240686/01494496/01910898
I think

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that issued warning (if federal, give the district and division): Northern District Abilene Division
 2. Case number: 1:23-CV-00098-C
 3. Approximate date warning was issued: July 31st, 2023

Executed on: 9-1-23
DATE

Marcus Quin Butler

Marcus Quin Butler
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 1st day of September, 20 23.
 (Day)           (month)        (year)

Marcus Quin Butler

Marcus Quin Butler
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MARCUS QUIN BUTLER #2353422

v.                                                           CASE No. #_____

TASHA BARNETT; et al

### STATEMENT OF CASE

•••••her several I-60's (inmate communication form) about my "Intake Property" and 40 stamps that Property Officer Barnett had in her possession, and new Property Officer Anderson had sent me part of my "Intake Property" (papers) but "NO" 40 stamps or even mentioned anything about my MP3 player w/clear earbuds. I then wrote an I-60 to Property Officer Anderson about the other part of my "Intake Property" (40 stamps & MP3 player w/clear earbuds), and to see the property records so I can find out what (Barnett or Anderson) Property Officer had done with my property, but I never received an answer back. So I wrote a Step 1 & 2 grievance about my Intake Property complaint and to get relief/remedy thru Tex. Gov't Code § 501.007, but my complaint and relief was dismiss by Middleton Unit Head Warden Bryan Williams. Defendant Williams learned of the violation of my rights and TDCJ policy and failed to do anything to fix the situation, and failed to adequately train or supervise their subordinates.

  Plaintiff Butler sue Defendant Barnett in her individual capacity for Nominal Damages and anything else the Courts seems deem and fair.

  Plaintiff Butler sue Defendant Anderson in her official capacity for anything the Courts deem as fair and justly.

  Plaintiff Butler sue Defendant Williams in his official capacity for an Injunction and anything else the Courts deems as fair and justly.

Respectfully Submitted
Marcus Quin Butler
Excuted: September 1st, 2023

Marcus Quin Butler #2353402
French M. Robertson Unit
12071 FM 3522
Abilene, Tx. 79601

Dated: September 1st, 2023
RE: Butler V. Barnett, et al
Case# 1:22-CV-00103

To The Clerk Of Said Court:

    I am plaintiff in the name case mentioned above and I am writing you to asked the court, to Leave to Use The Oringle Record because some Discovery Materials (Step 1 & 2 grievances) and other papers. I don't have an extra copy of to use with this 1983 form that is relevant to the case, and I really need maybe 60 days extension to pay the filing fee in full to proceed with my case. Because TDCJ (Inmate Trust Fund) have to clear my check so I can pay the court fee in full, if not then TDCJ will hinder my case unless the court will send an email to TDCJ (Inmate Trust Fund). And have them clear my check to pay the $402 dollar court fee for legal purposes, enclosed is my 1983 form and my first set of interrogatories to the Defendant and I wish you stamp dated it.

    Thank you for all of your help in this matter

    Respectfully Submitted
    Marcus Quin Butler



RECEIVED
SEP 6 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



Marcus Q. Butler #2353400
French M. Robertson Unit
12071 FM 3522
Abilene, Tx. 79601

Legal Mail

Clerk
United States District Court
Northern District of Texas
P.O. Box 1218
Abilene, Tx. 79604



SEP 6 2023

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION