IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MARCUS QUIN BUTLER,                §
Institutional ID No. 02353422       §
                                    §
                    Plaintiff,      §
                                    §
v.                                  §    CIVIL ACTION NO.  1:23-CV-00179-C
                                    §
TASHA BARNETT, *et al.*,            §
                                    §
                    Defendants.     §

## JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is

dismissed without prejudice.

Dated February 26, 2024.

SAM R. CUMMINGS
Senior United States District Judge